

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2020

No. 04-20-00132-CV

**ESCONDIDO RESOURCES II, LLC,**
Appellant

v.

**LAS TINAJAS MINERALS, LTD.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVI-000015-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
          Luz Elena Chapa, Justice
          Liza A. Rodriguez, Justice

Appellant's unopposed motion to extend time to file the reply brief is granted. We order appellant's reply brief is due November 16, 2020.

It is so **ORDERED** on this 2nd day of November, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

